# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:20-mj-1875-T-CPT | | DATE: | September 10, 2020 |
|---|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA BELLAMY | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>Chris Poor, AUSA | |
| | | | **DEFENSE COUNSEL**<br>Annabelle Nahra and Diego Weiner, retained | |
| **COURT REPORTER:** Rebekah Lockwood | | | **DEPUTY CLERK:** | Ashley Sanders |
| **TIME:** | 2:07 p.m. – 2:42 p.m. | **TOTAL:** | **COURTROOM:** | 10A |
| | 3:40 p.m. – 4:13 p.m. | 1 hour 8 min | | |

**PROCEEDINGS:   INITIAL APPEARANCE / RULE 5**

[X]   Arrest Date:  9/10/2020
[X]   Defendant orally consents to appearing via Zoom video conference.
[X]   Defendant provided with copy of the charging document; Court summarized charges.
[X]   Defendant waives formal reading of the petition.
[X]   Court advises Defendant of Rule 5 and Rule 20 rights.
[X]   Identity Hearing waived.
[X]   Removal Hearing waived.
[X]   Gov't is not seeking detention: $250,000 signature bond to be co-signed by sister, Destini Aice, no firearms, firearms turned over to his sister, surrender passport (fiancé will send to PTS within 1 week), no monetary transactions in excess of 1,000 without prior authorization of PTS, co-signer cannot sell or mortgage any real property.
[X]   Defendant requests release.
[X]   The Court orders Defendant released on the following conditions: report to pretrial services as directed, no contact with witnesses or co-defendant, surrender passport by 9/11/20, mental health and substance abuse evaluation and treatment as directed, maintain or seek employment, $250,000 signature bond co-signed by sister, no firearms, no new debt, submit monthly financial statements to pretrial services.

[X]   Defendant shall appear in the SDFL before Magistrate Judge Valle on Monday, September 14, 2020 at 11:00 a.m.